UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAPYRUS TECHNOLOGY CORP., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> NEW YORK STOCK EXCHANGE, LLC, : <br> : <br> Defendant. : | Before: Judge Judith M. Barzilay[*] <br> No. 04 CV 00625 |

### Scope and Limits of Appointment as a Technical Advisor

Dr. Clifford Stein's appointment as a Technical Advisor in this case is subject to the following terms:

1. Dr. Stein will examine the patents in this suit, the pertinent briefs, and any evidence submitted with an eye towards helping the court in understanding the technology involved in the patents from the point of view of one skilled in the art. He may provide technical education and background information in the technology or aid the court in selecting technically correct and concise language to clearly set out decisions the court has made on various issues. While he may be asked to locate, or explain information in technical documents listed in the patents in issue or in the prosecution history, Dr. Stein will not conduct any experiments or investigations for the court, supply any evidence to the court, nor testify in any proceeding. He will not act as a special master, decide any contested issue, nor conduct any hearing or settlement

---

[*] The Honorable Judith M. Barzilay, Judge, United States Court of International Trade, sitting by designation.

conference. Dr. Stein understands that except for statements or information included in the record of this case, communications about any aspect of this case between himself and the judge and/or the judge's law clerks and staff are confidential, and shall never be disclosed to any other person or party.

2. Dr. Stein understands that it is necessary for the court to avoid any conflict of interest and even the appearance of impropriety or bias. Therefore he has examined the patent in suit, the list of parties and counsel in this case, and the list of entities disclosed pursuant to Fed. R. Civ. P. 7.1, and affirms that:

(I) Neither he, his spouse, nor any resident minor child:

(A) Is employed by, or receives any form of compensation or benefits from, any of such parties, counsel, or entities;

(B) Has an expectation of, or contract for future employment or any form of compensation from, any such parties, counsel, or entities;

(C) Has any financial interest in (defined as ownership of a legal or equitable interest in), or a relationship as director, adviser, or other active participant in the affairs of, any such parties, counsel, or entities. (Ownership in a mutual or common investment fund that holds securities of such parties or entities is not such a financial interest or relationship, unless the individual participates in the management of the fund.); and

(II) He is not aware of any reason why he would have a bias in favor of or against any of the parties.

3. While this case is pending in this court, Dr. Stein will have no communication with any of the parties or their counsel, nor any communication about any issue in this case with any third party, which has not been approved in advance by the court. He shall not acquire any financial interest in, nor enter into any relationship as director, adviser, or other active participant in the affairs of any of the parties or entities disclosed in the Fed. R. Civ. P. 7.1 Corporate Disclosure Statements.

I, Clifford Stein, declare under the penalty of perjury under the laws of the United States of America that I have read this document, that the statements in paragraph 2 are true and correct, and that I agree to comply with the terms of paragraphs 1 and 3.

_3/21/09_  
Date

_[signature]_  
Clifford Stein

So **ORDERED** this _6th_ day of _April_, 2009.

_[signature]_  
Judith M. Barzilay  
Judge

DISCLOSURE FORM

Please answer the following questions:

1. Have you or any member of your family to your knowledge ever had any professional, business or social relationship with any person or entity on the Attached List? If yes, please explain in detail.

No.

2. Do you own any stock or have any other type of financial interest in any entity on the Attached List? If yes, please identify the entity(ies) involved.

No.

3. Have you been involved in a dispute related to intellectual property in the last five years? If yes, please explain in detail.

No.

4. Have you ever served as an expert witness or consultant? If yes, please identify the matter and parties involved.

I have not served as an expert witness. I have consulted for Morningside Evaluations and provided expert letters evaluating the academic qualifications of individuals who are involved in immigration cases.

5. Please describe all contacts you have had with any person or entity on the Attached List related to this matter, and if such contacts were in writing, please attach copies of such writings to your response.

No.

6. Please disclose any other matter that could cause a person aware of the facts and circumstances of this case to entertain a reasonable doubt that you would be impartial as the Court's expert. Any doubts you have as to whether to disclose a matter should be resolved in favor of disclosure.

No such matters.

Dated:__February 23, 2009_____                              __Clifford Stein____
                                    [EXPERT]